1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
   Spencer Arnett, an individual and d/b/a
8  as Amazon.com Seller spencer's 24-7
   *coda024@yahoo.com*
9  5511 Wilson Street
   Durant, Oklahoma  74701
10 Telephone:  (580) 380-8489

11 Defendant, *in pro se*

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15 Warner Bros. Home Entertainment Inc.,   )   Case No. CV12-7770 CBM (AGRx)
                                           )
16                          Plaintiff,     )   CONSENT DECREE AND
                                           )   PERMANENT  INJUNCTION
17              v.                         )   [JS-6]
                                           )
18 Spencer Arnett, an individual and d/b/a as )
   Amazon.com Seller spencer's 24-7, and  )
19 Does 1-10, inclusive,                   )
                                           )
20                          Defendants.    )

21         The Court, having read and considered the Joint Stipulation for Entry of

22 Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

23 Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Spencer Arnett, an

24 individual and d/b/a as Amazon.com Seller spencer's 24-7 ("Defendant"), in this

25 action, and good cause appearing therefore, hereby:

26

27

28

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations

hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this

action.

DATED: September 4, 2013

_____
Hon. Consuelo B. Marshall
United States District Judge


PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: ___/S_____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Spencer Arnett, an individual and d/b/a
as Amazon.com Seller spencer's 24-7


By: _____
        Spencer Arnett
Defendant, *in pro se*

# EXHIBIT A
## COPYRIGHT REGISTRATIONS

| REG NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 1-733-273 | BIG LOVE: Winter | Home Box Office, Inc. ("HBO") |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-839-586 | CHUCK: Chuck Versus The Aisle Of Terror | WBEI |
| PA 1-839-561 | CHUCK: Chuck Versus The First Fight | WBEI |
| PA 1-839-582 | CHUCK: Chuck Versus The Fear Of Death | WBEI |
| PA 1-839-584 | CHUCK: Chuck Versus Phase Three | WBEI |
| PA 1-839-592 | CHUCK: Chuck Versus The Leftovers | WBEI |

| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
|---|---|---|
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-839-585 | CHUCK: Chuck Versus The Family Volkoff | WBEI |
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-227-680 | DEADWOOD: Deadwood | HBO |
| PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| PA 1-227-641 | DEADWOOD: Plague | HBO |
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |
| PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |

| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
|---|---|---|
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| PA 1-272-613 | DEADWOOD: New Money | HBO |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| PA 1-274-760 | DEADWOOD: Complications | HBO |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | HBO |
| PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | HBO |
| PA 1-324-842 | DEADWOOD: True Colors | HBO |
| PA 1-325-040 | DEADWOOD: Full Faith And Credit | HBO |
| PA 1-325-041 | DEADWOOD: A Two Headed Beast | HBO |
| PA 1-325-042 | DEADWOOD: A Rich Find | HBO |
| PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | HBO |
| PA 1-340-844 | DEADWOOD: Leviathan Smiles | HBO |
| PA 1-340-840 | DEADWOOD: Amateur Night | HBO |
| PA 1-353-510 | DEADWOOD: A Constant Throb | HBO |
| PA 1-353-507 | DEADWOOD: The Catbird Sear | HBO |
| PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | HBO |
| PA 1-240-293 | ENTOURAGE: Pilot | HBO |
| PA 1-240-302 | ENTOURAGE: The Review | HBO |

| PA 1-239-616 | ENTOURAGE: Talk Show | HBO |
|---|---|---|
| PA 1-239-614 | ENTOURAGE: Date Night | HBO |
| PA 1-239-615 | ENTOURAGE: The Script And The Sherpa | HBO |
| PA 1-239-617 | ENTOURAGE: Busey And The Beach | HBO |
| PA 1-239-618 | ENTOURAGE: The Scene | HBO |
| PA 1-246-506 | ENTOURAGE: New York | HBO |
| PA 1-280-550 | ENTOURAGE: The System | HBO |
| PA 1-275-228 | ENTOURAGE: The New Car | HBO |
| PA 1-283-280 | ENTOURAGE: Aquamansion | HBO |
| PA 1-283-279 | ENTOURAGE: The Offer | HBO |
| PA 1-218-704 | ENTOURAGE: Neighbors | HBO |
| PA 1-291-312 | ENTOURAGE: Chinatown | HBO |
| PA 1-280-655 | ENTOURAGE: The Sundance Kids | HBO |
| PA 1-280-656 | ENTOURAGE: Oh Mandy | HBO |
| PA 1-280-657 | ENTOURAGE: I Love You Too | HBO |
| PA 1-280-658 | ENTOURAGE: The Bat Mitzvah | HBO |
| PA 1-280-659 | ENTOURAGE: Blue Balls Lagoon | HBO |
| PA 1-280-660 | ENTOURAGE: Good Morning Saigon | HBO |
| PA 1-304-698 | ENTOURAGE: Exodus | HBO |
| PA 1-304-703 | ENTOURAGE: The Abyss | HBO |
| PA 1-335-588 | ENTOURAGE: Aquamom | HBO |
| PA 1-324-965 | ENTOURAGE: One Day In The Valley | HBO |
| PA 1-324-966 | ENTOURAGE: Dominated | HBO |
| PA 1-324-967 | ENTOURAGE: Guys And Dolls | HBO |
| PA 1-324-968 | ENTOURAGE: Crash And Burn | HBO |
| PA 1-342-217 | ENTOURAGE: Three's Company | HBO |
| PA 1-335-640 | ENTOURAGE: Strange Days | HBO |
| PA 1-335-591 | ENTOURAGE: The Release | HBO |
| PA 1-335-586 | ENTOURAGE: Vegas Baby, Vega! | HBO |
| PA 1-335-589 | ENTOURAGE: I Wanna Be Sedated | HBO |
| PA 1-335-587 | ENTOURAGE: What About Bob | HBO |
| PA 1-353-971 | ENTOURAGE: Sorry, Ari | HBO |
| PA 1-374-951 | ENTOURAGE: Less Than 30 | HBO |

| PA 1-374-952 | ENTOURAGE: Dog Day Afternoon | HBO |
|---|---|---|
| PA 1-374-953 | ENTOURAGE: Manic Monday | HBO |
| PA 1-374-954 | ENTOURAGE: Gotcha! | HBO |
| PA 1-374-955 | ENTOURAGE: Return Of The King | HBO |
| PA 1-374-956 | ENTOURAGE: The Resurrection | HBO |
| PA 1-379-031 | ENTOURAGE: The Prince's Bribe | HBO |
| PA 1-386-711 | ENTOURAGE: Adios Amigo | HBO |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | HBO |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | HBO |
| PA 1-386-798 | ENTOURAGE: Malibooty | HBO |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | HBO |
| PA 1-386-804 | ENTOURAGE: The Dream Team | HBO |
| PA 1-386-796 | ENTOURAGE: The Weho Ho | HBO |
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | HBO |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | HBO |
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | HBO |
| PA 1-593-012 | ENTOURAGE: Snow Job | HBO |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | HBO |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | HBO |
| PA 1-654-413 | ENTOURAGE: Fantasy Island | HBO |
| PA 1-654-416 | ENTOURAGE: Unlike A Virgin | HBO |
| PA 1-654-419 | ENTOURAGE: The All Out Fall Out | HBO |
| PA 1-654-421 | ENTOURAGE: Fire Sale | HBO |
| PA 1-654-422 | ENTOURAGE: Tree Trippers | HBO |
| PA 1-654-423 | ENTOURAGE: Redomption | HBO |
| PA 1-654-407 | ENTOURAGE: Gotta Look Up To Get Down | HBO |
| PA 1-654-411 | ENTOURAGE: First Class jerk | HBO |
| PA 1-661-871 | ENTOURAGE: Pie | HBO |
| PA 1-661-870 | ENTOURAGE: Seth Green Day | HBO |
| PA 1-663-847 | ENTOURAGE: Play'n With Fire | HBO |
| PA 1-654-410 | ENTOURAGE: Return To Queens Blvd. | HBO |

| PA 1-666-629 | ENTOURAGE: Drive | HBO |
|---|---|---|
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
| PA 594-722 | GILLIGAN'S ISLAND: Two On A Raft | Turner Entertainment Company ("TEC"), Candace Silvers-Lee ("CSL"), Catherine Silvers-Burnett ("CSB"), Laury Silvers ("LS"), Nancy Silvers ("NS"), and Tracy Silvers ("TS") |

| PA 594-840 | GILLIGAN'S ISLAND: Home Sweet Hut | TEC, CSL, CSB, LS, NS AND TS |
|---|---|---|
| PA 594-839 | GILLIGAN'S ISLAND: Voodoo Something To Me | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-838 | GILLIGAN'S ISLAND: Goodnight Sweet Skipper | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-721 | GILLIGAN'S ISLAND: Wrong Way Feldman | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-306 | GILLIGAN'S ISLAND: President Gilligan | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-304 | GILLIGAN'S ISLAND: The Sound Of Quacking | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-308 | GILLIGAN'S ISLAND: Goodbye Island | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-723 | GILLIGAN'S ISLAND: The Big Gold Strike | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-724 | GILLIGAN'S ISLAND: Waiting For Watubi | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-725 | GILLIGAN'S ISLAND: Angel On The Island | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-307 | GILLIGAN'S ISLAND: Birds Gotta Fly, Fish Gotta Talk | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-302 | GILLIGAN'S ISLAND: Three Million Dollars More Or Less | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-726 | GILLIGAN'S ISLAND: Water, Water Everywhere | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-727 | GILLIGAN'S ISLAND: So Sorry, My Island Now | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-719 | GILLIGAN'S ISLAND: Plant You Now, Dig You Later | TEC, CSL, CSB, LS, NS AND TS |
| PA 595-592 | GILLIGAN'S ISLAND: Little Island, Big Gun | TEC, CSL, CSB, LS, NS AND TS |
| PA 595-594 | GILLIGAN'S ISLAND: X Marks The Spot | TEC, CSL, CSB, LS, NS AND TS |

| PA 594-728 | GILLIGAN'S ISLAND: Gilligan Meets Jungle Boy | TEC, CSL, CSB, LS, NS AND TS |
|---|---|---|
| PA 594-729 | GILLIGAN'S ISLAND: St. Gilligan And The Dragon | TEC, CSL, CSB, LS, NS AND TS |
| PA 595-593 | GILLIGAN'S ISLAND: Big Man On A Little Stick | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-301 | GILLIGAN'S ISLAND: Diamonds Are An Ape's Best Friend | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-732 | GILLIGAN'S ISLAND: How To Be A Hero | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-897 | GILLIGAN'S ISLAND: The Return Of Wrongway Feldman | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-896 | GILLIGAN'S ISLAND: The Matchmaker | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-898 | GILLIGAN'S ISLAND: Music Hath Charms | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-731 | GILLIGAN'S ISLAND: New Neighbor Sam | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-305 | GILLIGAN'S ISLAND: They're Off And Running | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-730 | GILLIGAN'S ISLAND: Three To Get Ready | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-895 | GILLIGAN'S ISLAND: Forget Me Not | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-837 | GILLIGAN'S ISLAND: Diogenes, Please Go Home | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-835 | GILLIGAN'S ISLAND: Physical Fatness | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-893 | GILLIGAN'S ISLAND: It's Magic | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-836 | GILLIGAN'S ISLAND: Goodbye Old Paint | TEC, CSL, CSB, LS, NS AND TS |
| PA 594-894 | GILLIGAN'S ISLAND: My Fair Gilligan | TEC, CSL, CSB, LS, NS AND TS |

| PA 594-303 | GILLIGAN'S ISLAND: A Nose By Any Other Name | TEC, CSL, CSB, LS, NS AND TS |
|---|---|---|
| RE 624-617 | GILLIGAN'S ISLAND: Gilligan's Mother In Law | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-620 | GILLIGAN'S ISLAND: Beauty Is As Beauty Does | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-626 | GILLIGAN'S ISLAND: The Little Dictator | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-619 | GILLIGAN'S ISLAND: Smile, You're On Mars Camera | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-618 | GILLIGAN'S ISLAND: The Sweepstakes | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-622 | GILLIGAN'S ISLAND: Quick Before It Sinks | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-623 | GILLIGAN'S ISLAND: Castaways Pictures Presents | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-625 | GILLIGAN'S ISLAND: Agonized Labor | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-624 | GILLIGAN'S ISLAND: Nyet, Nyet, Not Yet | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-627 | GILLIGAN'S ISLAND: Hi Fi Gilligan | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-628 | GILLIGAN'S ISLAND: The Chain Of Command | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-632 | GILLIGAN'S ISLAND: Don't Bug The Mosquitoes | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-631 | GILLIGAN'S ISLAND: Gilligan Gets Bugged | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-630 | GILLIGAN'S ISLAND: Mine Hero | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-629 | GILLIGAN'S ISLAND: Erika Tiffany Smith To The Rescue | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-633 | GILLIGAN'S ISLAND: Not Guilty | TEC, CSL, CSB, LS, NS AND TS |

| RE 624-634 | GILLIGAN'S ISLAND: You've Been Disconnected | TEC, CSL, CSB, LS, NS AND TS |
|---|---|---|
| RE 624-635 | GILLIGAN'S ISLAND: The Postman Cometh | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-636 | GILLIGAN'S ISLAND: Seer Gilligan | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-637 | GILLIGAN'S ISLAND: Love Me, Love My Skipper | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-638 | GILLIGAN'S ISLAND: Gilligan's Living Doll | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-639 | GILLIGAN'S ISLAND: Forward March | TEC, CSL, CSB, LS, NS AND TS |
| RE 624-640 | GILLIGAN'S ISLAND: Ship Ahoax | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-647 | GILLIGAN'S ISLAND: Feed The Kitty | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-643 | GILLIGAN'S ISLAND: Operation: Steam Heat | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-644 | GILLIGAN'S ISLAND: Will The Real Mr. Howell Please Stand Up? | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-648 | GILLIGAN'S ISLAND: Ghost-A-Go-Go | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-649 | GILLIGAN'S ISLAND: Allergy Time | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-645 | GILLIGAN'S ISLAND: V For Vitamins | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-646 | GILLIGAN'S ISLAND: Mr. And Mrs. ??? | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-651 | GILLIGAN'S ISLAND: Meet The Meteor | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-692 | GILLIGAN'S ISLAND: Up At Bat | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-703 | GILLIGAN'S ISLAND: Gilligan vs. Gilligan | TEC, CSL, CSB, LS, NS AND TS |

| RE 658-702 | GILLIGAN'S ISLAND: Pass The Vegetables, Please | TEC, CSL, CSB, LS, NS AND TS |
|---|---|---|
| RE 658-701 | GILLIGAN'S ISLAND: The Producer | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-700 | GILLIGAN'S ISLAND: Voodoo | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-699 | GILLIGAN'S ISLAND: Where There's A Will | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-698 | GILLIGAN'S ISLAND: Man With A Net | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-697 | GILLIGAN'S ISLAND: Hair Today, Gone Tomorrow | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-696 | GILLIGAN'S ISLAND: Ring Around Gilligan | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-695 | GILLIGAN'S ISLAND: Topsy-Turvy | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-694 | GILLIGAN'S ISLAND: The Invasion | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-693 | GILLIGAN'S ISLAND: The Kidnapper | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-688 | GILLIGAN'S ISLAND: And Then There Were None | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-691 | GILLIGAN'S ISLAND: All About Eva | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-690 | GILLIGAN'S ISLAND: Gilligan Goes Gung-Ho | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-689 | GILLIGAN'S ISLAND: Take A Dare | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-687 | GILLIGAN'S ISLAND: Court-Martial | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-704 | GILLIGAN'S ISLAND: The Hunter | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-705 | GILLIGAN'S ISLAND: Lovey's Secret Admirer | TEC, CSL, CSB, LS, NS AND TS |

| RE 658-706 | GILLIGAN'S ISLAND: Our Vines Have Tender Apes | TEC, CSL, CSB, LS, NS AND TS |
|---|---|---|
| RE 701-580 | GILLIGAN'S ISLAND: Gilligan's Personal Magnetism | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-707 | GILLIGAN'S ISLAND: Splashdown | TEC, CSL, CSB, LS, NS AND TS |
| RE 701-581 | GILLIGAN'S ISLAND: High Man On The Totem Pole | TEC, CSL, CSB, LS, NS AND TS |
| RE 701-582 | GILLIGAN'S ISLAND: The Second Ginger Grant | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-708 | GILLIGAN'S ISLAND: The Secret Of Gilligan's Island | TEC, CSL, CSB, LS, NS AND TS |
| RE 701-583 | GILLIGAN'S ISLAND: Slave Girl | TEC, CSL, CSB, LS, NS AND TS |
| RE 701-585 | GILLIGAN'S ISLAND: It's A Bird, It's A Plane | TEC, CSL, CSB, LS, NS AND TS |
| RE 701-586 | GILLIGAN'S ISLAND: The Pigeon | TEC, CSL, CSB, LS, NS AND TS |
| RE 701-584 | GILLIGAN'S ISLAND: Bang! Bang! Bang! | TEC, CSL, CSB, LS, NS AND TS |
| RE 658-709 | GILLIGAN'S ISLAND: Gilligan, The Goddess | TEC, CSL, CSB, LS, NS AND TS |
| PA-1-715-767 | IN TREATMENT: Sunil: Week One | HBO |
| PA-1-715-761 | IN TREATMENT: Frances: Week One | HBO |
| PA-1-715-759 | IN TREATMENT: Jesse: Week One | HBO |
| PA-1-715-760 | IN TREATMENT: Adele: Week One | HBO |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | HBO |
| PA 1-715-051 | IN TREATMENT: Frances: Week Two | HBO |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | HBO |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | HBO |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | HBO |
| PA 1-718-838 | IN TREATMENT: Frances: Week Three | HBO |
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | HBO |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | HBO |

| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | HBO |
| PA 1-719-472 | IN TREATMENT: Frances: Week Four | HBO |
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | HBO |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | HBO |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | HBO |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | HBO |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | HBO |
| PA 1-805-663 | IN TREATMENT: Adele: Week Five | HBO |
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | HBO |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | HBO |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | HBO |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | HBO |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | HBO |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | HBO |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | HBO |
| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | HBO |
| PA 1-622-014 | SUPERNATURAL: Pilot | WBEI |
| PA 1-622-006 | SUPERNATURAL: Wendigo | WBEI |
| PA 1-622-010 | SUPERNATURAL: Dead In The Water | WBEI |
| PA 1-622-003 | SUPERNATURAL: Phantom Traveler | WBEI |
| PA 1-622-012 | SUPERNATURAL: Bloody Mary | WBEI |
| PA 1-622-004 | SUPERNATURAL: Skin | WBEI |
| PA 1-622-007 | SUPERNATURAL: HookMan | WBEI |
| PA 1-621-991 | SUPERNATURAL: Bugs | WBEI |
| PA 1-622-002 | SUPERNATURAL: Home | WBEI |
| PA 1-622-000 | SUPERNATURAL: Asylum | WBEI |
| PA 1-621-996 | SUPERNATURAL: Scarecrow | WBEI |
| PA 1-621-999 | SUPERNATURAL: Faith | WBEI |
| PA 1-621-998 | SUPERNATURAL: Route 666 | WBEI |
| PA 1-621-997 | SUPERNATURAL: Nightmare | WBEI |
| PA 1-621-993 | SUPERNATURAL: The Benders | WBEI |
| PA 1-622-015 | SUPERNATURAL: Shadow | WBEI |
| PA 1-621-992 | SUPERNATURAL: Hell House | WBEI |
| PA 1-622-005 | SUPERNATURAL: Something Wicked | WBEI |

| PA 1-621-990 | SUPERNATURAL: Provenance | WBEI |
|---|---|---|
| PA 1-622-009 | SUPERNATURAL: Dead Man's Blood | WBEI |
| PA 1-622-011 | SUPERNATURAL: Salvation | WBEI |
| PA 1-622-017 | SUPERNATURAL: Devil's Trap | WBEI |
| PA 1-826-616 | SUPERNATURAL: In My Time of Dying | WBEI |
| PA 1-826-880 | SUPERNATURAL: Everybody Loves a Clown | WBEI |
| PA 1-826-882 | SUPERNATURAL: Bloodlust | WBEI |
| PA 1-826-884 | SUPERNATURAL: Children Shouldn't Play with Dead Things | WBEI |
| PA 1-826-878 | SUPERNATURAL: Simon Said | WBEI |
| PA 1-826-875 | SUPERNATURAL: No Exit | WBEI |
| PA 1-826-520 | SUPERNATURAL: The Usual Suspects | WBEI |
| PA 1-826-522 | SUPERNATURAL: Crossroad Blues | WBEI |
| PA 1-826-514 | SUPERNATURAL: Croatoan | WBEI |
| PA 1-826-519 | SUPERNATURAL: Hunted | WBEI |
| PA 1-826-524 | SUPERNATURAL: Playthings | WBEI |
| PA 1-826-528 | SUPERNATURAL: Nightshifter | WBEI |
| PA 1-826-874 | SUPERNATURAL: Houses of the Holy | WBEI |
| PA 1-826-618 | SUPERNATURAL: Born Under a Bad Sign | WBEI |
| PA 1-826-879 | SUPERNATURAL: Tall Tales | WBEI |
| PA 1-826-873 | SUPERNATURAL: Roadkill | WBEI |
| PA 1-826-617 | SUPERNATURAL: Heart | WBEI |
| PA 1-826-619 | SUPERNATURAL: Hollywood Babylon | WBEI |
| PA 1-826-615 | SUPERNATURAL: Folsom Prison Blues | WBEI |
| PA 1-826-883 | SUPERNATURAL: What Is and What Never Should Be | WBEI |
| PA 1-826-877 | SUPERNATURAL: All Hell Breaks Loose: Part 1 | WBEI |
| PA 1-826-881 | SUPERNATURAL: All Hell Breaks Loose: Part 2 | WBEI |

| PA 1-826-583 | SUPERNATURAL: The Magnificent Seven | WBEI |
|---|---|---|
| PA 1-826-592 | SUPERNATURAL: The Kids are Alright | WBEI |
| PA 1-826-564 | SUPERNATURAL: Bad Day at Black Rock | WBEI |
| PA 1-826-590 | SUPERNATURAL: Sin City | WBEI |
| PA 1-826-561 | SUPERNATURAL: Bedtime Stories | WBEI |
| PA 1-826-569 | SUPERNATURAL: Red Sky at Morning | WBEI |
| PA 1-826-585 | SUPERNATURAL: Fresh Blood | WBEI |
| PA 1-826-594 | SUPERNATURAL: A Very Supernatural Christmas | WBEI |
| PA 1-826-581 | SUPERNATURAL: Malleus Maleficarum | WBEI |
| PA 1-826-558 | SUPERNATURAL: Dream A Little Dream of Me | WBEI |
| PA 1-826-593 | SUPERNATURAL: Mystery Spot | WBEI |
| PA 1-826-566 | SUPERNATURAL: Jus in Bello | WBEI |
| PA 1-826-591 | SUPERNATURAL: Ghostfacers | WBEI |
| PA 1-826-586 | SUPERNATURAL: Long-Distance Call | WBEI |
| PA 1-609-132 | SUPERNATURAL: Time is on My Side | WBEI |
| PA 1-826-589 | SUPERNATURAL: No Rest for the Wicked | WBEI |
| PA 1-826-852 | SUPERNATURAL: Lazarus Rising | WBEI |
| PA 1-826-826 | SUPERNATURAL: Are You There, God? It's Me, Dean Winchester | WBEI |
| PA 1-840-612 | SUPERNATURAL: In the Beginning | WBEI |
| PA 1-826-858 | SUPERNATURAL: Metamorphosis | WBEI |
| PA 1-827-706 | SUPERNATURAL: Monster Movie | WBEI |
| PA 1-826-822 | SUPERNATURAL: Yellow Fever | WBEI |
| PA 1-826-847 | SUPERNATURAL: It's the Great Pumpkin, Sam Winchester | WBEI |
| PA 1-840-630 | SUPERNATURAL: Wishful Thinking | WBEI |
| PA 1-826-821 | SUPERNATURAL: I Know What You Did Last Summer | WBEI |

| PA 1-826-841 | SUPERNATURAL: Heaven and Hell | WBEI |
|---|---|---|
| PA 1-840-651 | SUPERNATURAL: Family Remains | WBEI |
| PA 1-840-609 | SUPERNATURAL: Criss Angel Is a Douche Bag | WBEI |
| PA 1-826-818 | SUPERNATURAL: After School Special | WBEI |
| PA 1-826-849 | SUPERNATURAL: Sex and Violence | WBEI |
| PA 1-826-820 | SUPERNATURAL: Death Takes a Holiday | WBEI |
| PA 1-826-848 | SUPERNATURAL: On the Head of a Pin | WBEI |
| PA 1-826-863 | SUPERNATURAL: It's a Terrible Life | WBEI |
| PA 1-840-622 | SUPERNATURAL: The Monster at the End of This Book | WBEI |
| PA 1-840-649 | SUPERNATURAL: Jump the Shark | WBEI |
| PA 1-826-862 | SUPERNATURAL: The Rapture | WBEI |
| PA 1-840-646 | SUPERNATURAL: When the Levee Breaks | WBEI |
| PA 1-826-855 | SUPERNATURAL: Lucifer Rising | WBEI |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |

| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
|---|---|---|
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |

| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
|---|---|---|
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |

| | | |
|---|---|---|
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |

| | | |
|---|---|---|
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |

| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
|---|---|---|
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |

| PA 1-097-171 | THE WIRE: Sentencing | HBO |
|---|---|---|
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |

| PA 1-353-972 | THE WIRE: Misgivings | HBO |
|---|---|---|
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |